1
2
3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

4  NICOLE R. AGER,

5              Plaintiff,

CASE NO. C13-5135BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

6  v.

7  CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

8              Defendant.

9

10   This matter comes before the Court on the Report and Recommendation ("R&R")

11  of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 15. The

12  Court having considered the R&R and the remaining record, and no objections having

13  been filed, does hereby find and order as follows:

14       (1)    The R&R is **ADOPTED**;

15       (2)    Defendant's decision is **REVERSED**; and

16       (3)    This action is **REMANDED** for further administrative proceedings in
                accordance with the findings contained in the R&R.

17

18   Dated this 3rd day March, 2014.

19

20                                          _____
                                            BENJAMIN H. SETTLE
21                                          United States District Judge

22

ORDER