UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICOLE R. AGER | NO. 3:13-cv-5135-BHS-KLS |
| Plaintiff, | ORDER GRANTING PETITION FOR COSTS AND ATTORNEY FEES |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 2412 and 1920 and upon consideration of Plaintiff's unopposed Petition for Costs and Fees, it is hereby ORDERED that under 28 U.S.C. § 2412 attorney fees and related expenses in the amount of $6,268.18, and costs pursuant to 28 U.S.C. § 1920 in the amount of $350.00 be awarded to plaintiff.

EAJA fees, expenses, and costs are subject to any offsets allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, __ U.S. __, 130 S. Ct. 2521 (2010).

DATED this 21st day of May, 2014

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING PETITION
FOR COSTS AND ATTORNEY FEES

TODD R. RENDA
ATTORNEY AT LAW
6314 19TH ST. WEST, STE 21
TACOMA WA 98466-6223
253-566-6701
FAX: 253-565-0705